```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                              Case No. 19-16971-elf
James Joseph Powers, Jr.                                            Chapter 13
        Debtor         CERTIFICATE OF NOTICE
District/off: 0313-4          User: SaraR                Page 1 of 2                  Date Rcvd: Dec 09, 2019
                              Form ID: 152               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db             +James Joseph Powers, Jr.,    456 Maple Road,    Hellertown, PA 18055-1919
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14417202       +Alltran Financial, LP,    P.O. Box 4044,    Concord, CA 94524-4044
14417205       +CF Medical LLC,    4300 S Hwy 27, Ste. 201,    Clermont FL 34711-8067
14417206       +Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
14417207       +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    PO Box 790034,
                 St Louis, MO 63179-0034
14417209       +Coordinated Health,    1401 N. Cedar Crest Blvd.,    Allentown, PA 18104-2307
14417210       +Daniel Santucci, Esq.,    1 International Plaza, 5th Floor,    Philadelphia, PA 19113-1510
14417211       +First Credit, Inc.,    P.O. Box 630838,    Cincinnati, OH 45263-0838
14417212       +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
14432128       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14417214        Lehigh Valley Health Network,    P.O. Box 4067,    Allentown, PA 18105-4067
14417216        Midland Credit Management, Inc.,    P.O. Box 301030,    Los Angeles, CA 90030-1030
14417219        Nationwide Credit, Inc.,    P.O. Box 14581,    Des Moines, IA 50306-3581
14431122       +PennyMac Loan Services, Inc.,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14417220       +Pennymac Loan Services,    Attn: Bankruptcy,    PO Box 514387,    Los Angeles, CA 90051-4387
14432080       +Pennymac Loan Services LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14417223       +Pressler, Felt & Warshaw LLP,    Ian Zev Winograd, Esq.,    7 Entin Road,
                 Parsippany, NJ 07054-5020
14417224       +Radius Global Solutions LLC,    7831 Glenroy Road, Suite 250-A,    Minneapolis, MN 55439-3117
14417228      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    PO Box 6429,
                 Greenville, SC 29606)
14417229       +Wells Fargo Financial, N.A.,    Attn: Bankruptcy Dept.,    P.O. Box 10475,
                 Des Moines, IA 50306-0475
14417231       +Weltman, Weinberg & Reis Co.,    Michael J. Dougherty, Esq.,    170 S. Independence Mall W,
                 Suite 874,    Philadelphia, PA 19106-3334
14417230        Weltman, Weinberg & Reis Co.,    Scott J. Best, Esq.,    170 S. Independence Mall W,    Suite 874,
                 Philadelphia, PA 19106-3334
14417232       +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2019 03:37:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2019 03:37:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14417203        E-mail/Text: legal@arsnational.com Dec 10 2019 03:37:19      ARS National Services, Inc.,
                 P.O. Box 469046,    Escondido, CA 92046-9046
14417204       +E-mail/Text: bnc-capio@quantum3group.com Dec 10 2019 03:37:43      AssetCare,
                 2222 Texoma Parkway, Ste. 180,    Sherman, TX 75090-2484
14417208       +E-mail/Text: mediamanagers@clientservices.com Dec 10 2019 03:37:10      Client Services, Inc.,
                 3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
14417213        E-mail/Text: cio.bncmail@irs.gov Dec 10 2019 03:37:15      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14417215       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 10 2019 03:46:00
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    PO Box 10497,
                 Greenville, SC 29603-0497
14417217       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 03:37:45      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14417218       +E-mail/Text: bnc-capio@quantum3group.com Dec 10 2019 03:37:43
                 Mitchell D. Bluhm & Associates, LLC,    3400 Texoma Parkway, Suite 100,
                 Sherman, TX 75090-1916
14417222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:45:55
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA 23502
14417221       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:45:55
                 Portfolio Recovery,    PO Box 41021,    Norfolk, VA 23541-1021
14417225       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:45:53      Synchrony Bank/JC Penneys,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
14417226       +E-mail/Text: bankruptcysst@alorica.com Dec 10 2019 03:36:39
                 Systems & Services Technologies, Inc.,    Attn: Bankruptcy,    4315 Pickett Road,
                 Saint Joseph, MO 64503-1600
14417227       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 10 2019 03:36:35
                 Verizon Wireless,    Attn: Bankruptcy Dept.,    P.O. Box 5029,    Wallingford, CT 06492-7529
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Dec 09, 2019
                              Form ID: 152             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 14

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   ZAWARSKI    on behalf of Debtor James Joseph Powers, Jr. zzawarski@zawarskilaw.com
                                                                                                TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: James Joseph Powers, Jr.
    Debtor(s)

Case No: 19−16971−elf
Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 1/23/20 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court