**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-elf |
| Debtor | : | |

## NOTICE OF CHANGE OF ADDRESS

The undersigned hereby gives Notice of Change of Address of Creditor, Wells Fargo Financial, N.A., and submits the following information:

**OLD ADDRESS:**          Wells Fargo Financial, N.A.
                                      Attn: Bankruptcy Dept.
                                      P.O. Box 10475
                                      Des Moines, IA 50306-0475

**NEW ADDRESS:**         Wells Fargo Financial, N.A.
                                      Attn: Bankruptcy Dept.
                                      P.O. Box 10438
                                      Des Moines, IA 50306-0438

The undersigned further certifies that Debtor's Notice of Bankruptcy Case was mailed to the creditor's new mailing address on the date this Notice is filed with the court

Date:  January 7, 2020          By:   /s/ Zachary Zawarski
                                                  ZACHARY ZAWARSKI, ESQUIRE
                                                  3001 Easton Avenue
                                                  Bethlehem, PA 18017
                                                  Phone: (610) 417-6345
                                                  Fax: (610) 465-9790
                                                  zzawarski@zawarskilaw.com
                                                  Attorney ID No.: 308348
                                                  Attorney for Debtor