**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-elf |
| Debtor | : | |

### NOTICE OF CHANGE OF ADDRESS

The undersigned hereby gives Notice of Change of Address of Creditor, Coordinated Health, and submits the following information:

**OLD ADDRESS:**      Coordinated Health
1401 N. Cedar Crest Blvd.
Allentown, PA 18104-2307

**NEW ADDRESS:**     Lehigh Valley Health Network
Attn: Patient Accounting Dept.
P.O Box 4120
Allentown, PA 18105-4120

The undersigned further certifies that Debtor's Notice of Bankruptcy Case was mailed to the creditor's new mailing address on the date this Notice is filed with the court

Date:  January 7, 2020           By:      */s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor