### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-elf |
| Debtor | : | |

*****************************************

Date of Hearing:    **January 23, 2020**
Time of Hearing:    **11:00 a.m.**

Location:    **U.S. Bankruptcy Court**
**The Madison Building**
**3rd Floor, Courtroom 1**
**400 Washington Street**
**Reading, PA 19601**

*****************************************

## CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

Debtor, JAMES JOSEPH POWERS, JR., by and through his undersigned counsel, Zachary Zawarski, Esquire, filed a *Motion to Approve Compromise of Controversies: Claim Against The Fresh Market* on December 26, 2019. Debtor represents:

1.  The Notice of Motion, Response Deadline, and Hearing Date was timely served on all interested parties as is shown on the certificate of service filed with the Motion.

2.  The deadline for response was January 9, 2020.

3.  Since the filing of Debtor's Motion on December 26, 2019, no objections to or requests for hearing on the Motion have been received, and as of January 10, 2020, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the Motion have been filed.

Debtor seeks the entry of an order granting the requested relief.

                                        Respectfully Submitted,
                                        THE LAW OFFICE OF ZACHARY ZAWARSKI

Date:   January 10, 2020       By:    */s/ Zachary Zawarski*
                                                    Zachary Zawarski, Esquire
                                                    3001 Easton Avenue
                                                    Bethlehem, PA 18017
                                                    Phone: (610) 417-6345
                                                    Fax: (610) 465-9790
                                                    zzawarski@zawarskilaw.com
                                                    Attorney ID No.: 308348
                                                    Attorney for Debtor