**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-elf |
| Debtor | : | |

**ORDER**

Upon consideration of Debtor's Motion to Approve Compromise of Controversies and Approval of Attorney's Fees and Costs filed by Debtor, and after a hearing, it is hereby **ORDERED** that Debtor's Motion is **GRANTED**.

IT IS **ORDERED** that the the proposed settlement is approved in the amount of $30,000.00. Compensation of $10,800.00 and reimbursement of expenses of $1,258.32 are allowed to counsel John R. Vivian, Jr. The balance of the settlement proceeds are exempt and may be paid to the Debtor.

Date: 1/30/20

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

6. Net Amount Payable to Debtor: $17,659.38

BY THE COURT:

_____
ERIC L. FRANK
U.S. Bankruptcy Judge