United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16971-elf
James Joseph Powers, Jr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: YvetteWD          Page 1 of 1          Date Rcvd: Jan 31, 2020
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db          +James Joseph Powers, Jr.,    456 Maple Road,    Hellertown, PA 18055-1919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY  ZAWARSKI    on behalf of Debtor James Joseph Powers, Jr. zzawarski@zawarskilaw.com
                                                                          TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                      :          CHAPTER 13
                                                            :
      JAMES JOSEPH POWERS, JR.                              :          Case No. 19-16971-elf
                         Debtor                             :

**ORDER**

Upon consideration of Debtor's Motion to Approve Compromise of Controversies and

Approval of Attorney's Fees and Costs filed by Debtor, and after a hearing, it is hereby

**ORDERED** that Debtor's Motion is **GRANTED**.

IT IS  **ORDERED** that the the proposed settlement is approved in the amount of

$30,000.00.  Compensation of $10,800.00 and reimbursement of expenses of $1,258.32 are

allowed to counsel John R. Vivian, Jr.  The balance of the settlement proceeds are exempt and

may be paid to the Debtor.


Date:  1/30/20

_____

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

6.  Net Amount Payable to Debtor: $17,659.38


BY THE COURT:


_____

ERIC L. FRANK
U.S. Bankruptcy Judge