**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-elf |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:**   **March 12, 2020**
**Time of Hearing:**   **11:00 a.m.**

**Location:**   **U.S. Bankruptcy Court**
**The Gateway Building**
**201 Penn Street, 4th Floor**
**Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Avoid Judicial Lien of SYSTEMS & SERVICES TECHNOLOGIES, INC.  I further certify that the same was served together with the Notice of Motion to Avoid Judicial Lien, Response Deadline, and Hearing Date and Proposed Order by first-class mail and/or electronic notification on February 20, 2020 to Systems & Services Technologies, Inc., its counsel, Weltman, Weinberg & Reis Co., LPA, the Chapter 13 Trustee, and the U.S. Trustee.  The deadline for a response was March 5, 2020.  Debtor seeks the entry of an order granting the requested relief.

                                                                        Respectfully Submitted,

Date: March 6, 2020                              By:    */s/ Zachary Zawarski*
                                                                                       ZACHARY ZAWARSKI, ESQUIRE
                                                                                       3001 Easton Avenue
                                                                                       Bethlehem, PA 18017
                                                                                       Phone: (610) 417-6345
                                                                                       Fax: (610) 465-9790
                                                                                       zzawarski@zawarskilaw.com
                                                                                       Attorney ID No.: 308348
                                                                                       Attorney for Debtors