**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-elf |
| Debtor | : | |

## ORDER

Upon the motion of Debtor to avoid a judicial lien filed in the Northampton County Court of Common Pleas, Case No. C-48-CV-2019-02981, in the matter of Systems & Services Technologies, Inc. v. James J. Powers, Jr. in Debtor's exempt real property located at 456 Maple Road, Hellertown, PA 18055, and upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY **ORDERED** that the motion is granted by default and the above judicial lien of SYSTEMS & SERVICES TECHNOLOGIES, INC. in Debtor's real property located at 456 Maple Road, Hellertown, PA 18055 is **AVOIDED**.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under 11 U.S.C. § 522.

Date:  3/13/20

_____
ERIC L. FRANK
United States Bankruptcy Judge