United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Joseph Powers, Jr.  
    Debtor

Case No. 19-16971-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Marie    Page 1 of 1    Date Rcvd: Mar 16, 2020  
                       Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
db          +James Joseph Powers, Jr.,    456 Maple Road,    Hellertown, PA 18055-1919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14440714        +E-mail/Text: bankruptcysst@alorica.com Mar 17 2020 03:57:53  
               Systems & Service Technologies, Inc.,    as servicing agent for Medallion,    4315 Pickett Road,,  
               St. Joseph, Missouri 64503-1600  
14417226        +E-mail/Text: bankruptcysst@alorica.com Mar 17 2020 03:57:53  
               Systems & Services Technologies, Inc.,    Attn: Bankruptcy,    4315 Pickett Road,  
               Saint Joseph, MO 64503-1600  
                                                                                                                                      TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:  
         KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         ZACHARY ZAWARSKI    on behalf of Debtor James Joseph Powers, Jr. zzawarski@zawarskilaw.com  
                                                                                                                           TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-elf |
| Debtor | : | |

**ORDER**

Upon the motion of Debtor to avoid a judicial lien filed in the Northampton County Court of Common Pleas, Case No. C-48-CV-2019-02981, in the matter of Systems & Services Technologies, Inc. v. James J. Powers, Jr. in Debtor's exempt real property located at 456 Maple Road, Hellertown, PA 18055, and upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY **ORDERED** that the motion is granted by default and the above judicial lien of SYSTEMS & SERVICES TECHNOLOGIES, INC. in Debtor's real property located at 456 Maple Road, Hellertown, PA 18055 is **AVOIDED**.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under 11 U.S.C. § 522.

Date:  3/13/20

_____
ERIC L. FRANK
United States Bankruptcy Judge