# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No.: 19-16971-pmm |
| Debtor | : | |

## CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this 1st day of May, 2020, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On April 9, 2020, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtor.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on April 9, 2020.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 5/1/2020   By:   */s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor