Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-16971-PMM**

James Joseph Powers, Jr.  
456 Maple Road  
Hellertown  PA    18055

Petition Filed Date: 11/05/2019  
341 Hearing Date: 12/17/2019  
Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $136.00 | | 05/10/2021 | $136.00 | | 06/14/2021 | $136.00 | |
| 07/13/2021 | $136.00 | | 08/09/2021 | $136.00 | | 09/14/2021 | $136.00 | |
| 10/12/2021 | $136.00 | | 11/08/2021 | $136.00 | | 12/13/2021 | $136.00 | |
| 01/10/2022 | $136.00 | | 02/15/2022 | $136.00 | | 03/14/2022 | $136.00 | |
| 04/11/2022 | $136.00 | | 05/09/2022 | $136.00 | | 06/13/2022 | $136.00 | |
| 07/12/2022 | $136.00 | | | | | | | |

**Total Receipts for the Period: $2,176.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,274.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,608.55 | $3,608.55 | $0.00 |
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $15,776.20 | $0.00 | $15,776.20 |
| 2 | SYSTEMS & SERVICES TECH INC<br>»» 002 | Unsecured Creditors | $5,610.48 | $0.00 | $5,610.48 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $497.99 | $0.00 | $497.99 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $322.01 | $0.00 | $322.01 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $2,189.12 | $299.87 | $1,889.25 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $1,005.23 | $0.00 | $1,005.23 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $36,053.76 | $0.00 | $36,053.76 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,630.05 | $0.00 | $1,630.05 |
| 9 | PENNYMAC  LOAN SERVICES LLC<br>»» 008 | Mortgage Arrears | $1,457.55 | $0.00 | $1,457.55 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $6,300.62 | $0.00 | $6,300.62 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $4,980.92 | $0.00 | $4,980.92 |

**Chapter 13 Case No. 19-16971-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,274.00 | Current Monthly Payment: | $136.00 |
| Paid to Claims: | $3,908.42 | Arrearages: | $136.00 |
| Paid to Trustee: | $365.58 | Total Plan Base: | $8,082.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.