Certificate Number: 17572-PAE-DE-036924931

Bankruptcy Case Number: 19-16971



17572-PAE-DE-036924931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2022, at 2:17 o'clock PM EDT, James Joseph Powers Jr. completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 24, 2022            By:    /s/Leigh-Anna M Thompson

                                    Name:  Leigh-Anna M Thompson

                                    Title: Counselor