**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-pmm |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:** **September 5, 2024**
**Time of Hearing:** **11:00 a.m.**

**Location:** **U.S. Bankruptcy Court
The Gateway Building
201 Penn Street
4th Floor Courtroom
Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO RESPONSE AND
REQUEST FOR ENTRY OF ORDER**

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Approve Loan Modification Agreement. I further certify that the same was served together with the Notice of Motion to Approve Loan Modification Agreement, Response Deadline, and Hearing Date, and Proposed Order by first-class mail and/or electronic notification on August 7, 2024, to the Chapter 13 Trustee, the U.S. Trustee, PennyMac Loan Services, LLC, and PennMac Loan Services, LLC's counsel, KML Law Group, P.C. The deadline for a response was August 21, 2024. Debtor seeks the entry of an order granting the requested relief.

                                            Respectfully Submitted,

Date: <u>August 22, 2024</u>        By:    <u>*/s/ Zachary Zawarski*</u>
                                                        ZACHARY ZAWARSKI, ESQUIRE
                                                        3001 Easton Avenue
                                                        Bethlehem, PA 18017
                                                        Phone: (610) 417-6345
                                                        Fax: (610) 465-9790
                                                        zzawarski@zawarskilaw.com
                                                        Attorney ID No.: 308348
                                                        Attorney for Debtor

Case 19-16971-pmm    Doc 48    Filed 08/22/24    Entered 08/22/24 09:59:56    Desc Main
Document      Page 2 of 2