| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16971-PMM**

James Joseph Powers, Jr.
456 Maple Road
Hellertown  PA    18055

Petition Filed Date: 11/05/2019
341 Hearing Date: 12/17/2019
Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $136.00 | | 09/13/2023 | $136.00 | | 10/10/2023 | $136.00 | |
| 11/13/2023 | $136.00 | | 12/11/2023 | $136.00 | | 01/09/2024 | $136.00 | |
| 02/13/2024 | $136.00 | | 03/11/2024 | $136.00 | | 04/08/2024 | $136.00 | |
| 05/13/2024 | $136.00 | | 06/10/2024 | $136.00 | | 07/09/2024 | $136.00 | |

**Total Receipts for the Period: $1,632.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,674.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,608.55 | $3,608.55 | $0.00 |
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $15,776.20 | $0.00 | $15,776.20 |
| 2 | SYSTEMS & SERVICES TECH INC<br>»» 002 | Unsecured Creditors | $5,610.48 | $0.00 | $5,610.48 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $497.99 | $0.00 | $497.99 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $322.01 | $0.00 | $322.01 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $2,189.12 | $2,189.12 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $1,005.23 | $0.00 | $1,005.23 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $36,053.76 | $0.00 | $36,053.76 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,630.05 | $0.00 | $1,630.05 |
| 9 | PENNYMAC  LOAN SERVICES LLC<br>»» 008 | Mortgage Arrears | $1,457.55 | $1,200.67 | $256.88 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $6,300.62 | $0.00 | $6,300.62 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $4,980.92 | $0.00 | $4,980.92 |

Chapter 13 Case No. 19-16971-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,674.00 | Current Monthly Payment: | $136.00 |
| Paid to Claims: | $6,998.34 | Arrearages: | $0.00 |
| Paid to Trustee: | $675.66 | Total Plan Base: | $8,082.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.