**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-pmm |
| Debtor | : | |

## <u>ORDER</u>

This case was considered on Debtor's Motion to Approve Loan Modification Agreement.

Accordingly, it is ORDERED:

1.      The Motion is granted.

2.      Debtor is authorized to enter into the loan modification agreement as set forth in
the Motion and consummation of the modification shall not constitute a violation of the
automatic stay, 11 U.S.C. § 362(a).

3.      The partial claim loan modification agreement with PennyMac Loan Services,
LLC is approved, and the parties are ordered to comply with the terms of the agreement.

4.      The partial claim mortgage in the amount of $4,606.51 with a maturity date of
December 1, 2046, is approved.

5.      Debtor shall resume his regular monthly mortgage payments beginning with the
payment due September 1, 2024.

6.      The amounts still owed according to the terms of the Loan Modification
Agreement shall be due and payable in full by the earliest of (1) the sale or transfer of any of
Debtor's interest in the property subject to the mortgage; (2) the date Debtor pays the entire
principal balance; or (3) the maturity date.

7.      Any interested parties may object to this order within fourteen (14) days from the
dates of service of this order.  If an interested party files such an objection within this time, the

Court will schedule the motion for hearing on notice to the Debtor, Debtor's counsel, the Chapter

13 Trustee, and to the objecting party.

      8.      All other orders that do not conflict with this order remain in full force and effect.


BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge

**Date: September 3, 2024**