United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Joseph Powers, Jr.  
    Debtor

Case No. 19-16971-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Joseph Powers, Jr., 456 Maple Road, Hellertown, PA 18055-1919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Sep 04 2024 03:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 04 2024 03:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 3

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor James Joseph Powers  Jr. zzawarski@zawarskilaw.com

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES JOSEPH POWERS, JR. | : | Case No. 19-16971-pmm |
| Debtor | : | |

## ORDER

This case was considered on Debtor's Motion to Approve Loan Modification Agreement. Accordingly, it is ORDERED:

1. The Motion is granted.

2. Debtor is authorized to enter into the loan modification agreement as set forth in the Motion and consummation of the modification shall not constitute a violation of the automatic stay, 11 U.S.C. § 362(a).

3. The partial claim loan modification agreement with PennyMac Loan Services, LLC is approved, and the parties are ordered to comply with the terms of the agreement.

4. The partial claim mortgage in the amount of $4,606.51 with a maturity date of December 1, 2046, is approved.

5. Debtor shall resume his regular monthly mortgage payments beginning with the payment due September 1, 2024.

6. The amounts still owed according to the terms of the Loan Modification Agreement shall be due and payable in full by the earliest of (1) the sale or transfer of any of Debtor's interest in the property subject to the mortgage; (2) the date Debtor pays the entire principal balance; or (3) the maturity date.

7. Any interested parties may object to this order within fourteen (14) days from the dates of service of this order. If an interested party files such an objection within this time, the

Court will schedule the motion for hearing on notice to the Debtor, Debtor's counsel, the Chapter 13 Trustee, and to the objecting party.

8. All other orders that do not conflict with this order remain in full force and effect.

BY THE COURT:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
United States Bankruptcy Judge

**Date: September 3, 2024**