United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Joseph Powers, Jr.  
    Debtor

Case No. 19-16971-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Nov 19, 2024      Form ID: 138OBJ      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Joseph Powers, Jr., 456 Maple Road, Hellertown, PA 18055-1919 |
| 14417214 | | Lehigh Valley Health Network, P.O. Box 4067, Allentown, PA 18105-4067 |
| 14417209 | | Lehigh Valley Health Network, Attn: Patient Accounting Dept., P.O Box 4120, Allentown, PA 18105-4120 |
| 14432080 | + | Pennymac Loan Services LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14417228 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14417232 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 20 2024 00:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2024 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14417203 | | Email/Text: legal@arsnational.com | Nov 20 2024 00:29:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14417202 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 20 2024 00:29:00 | Alltran Financial, LP, P.O. Box 4044, Concord, CA 94524-4044 |
| 14417204 | + | Email/Text: bnc-capio@quantum3group.com | Nov 20 2024 00:29:00 | AssetCare, 2222 Texoma Parkway, Ste. 180, Sherman, TX 75090-2484 |
| 14417207 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 00:39:42 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14417208 | + | Email/Text: mediamanagers@clientservices.com | Nov 20 2024 00:28:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14417210 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2024 00:29:00 | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14417213 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2024 00:29:00 | Department of he Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14417211 | + | Email/Text: bankruptcy@collectioncentral.com | Nov 20 2024 00:29:00 | First Credit, Inc., P.O. Box 630838, Cincinnati, OH 45263-0838 |
| 14417212 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 19-16971-pmm   Doc 56   Filed 11/21/24   Entered 11/22/24 00:41:47   Desc Imaged
                    Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2024 00:27:31 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14417206 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 20 2024 00:38:27 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14432128 | + | Email/Text: RASEBN@raslg.com | Nov 20 2024 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14449282 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:38:20 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14417215 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:39:44 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14417216 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2024 00:29:00 | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 14417217 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2024 00:29:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14448829 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2024 00:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14417218 | + | Email/Text: bnc-capio@quantum3group.com | Nov 20 2024 00:29:00 | Mitchell D. Bluhm & Associates, LLC, 3400 Texoma Parkway, Suite 100, Sherman, TX 75090-1916 |
| 14417222 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:39:33 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14442066 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:39:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14417223 | | Email/Text: signed.order@pfwattorneys.com | Nov 20 2024 00:29:00 | Pressler, Felt & Warshaw LLP, Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-0520 |
| 14431122 | ^ | MEBN | Nov 20 2024 00:21:50 | PennyMac Loan Services, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14452108 | + | Email/PDF: ebnotices@pnmac.com | Nov 20 2024 00:38:23 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14417220 | + | Email/PDF: ebnotices@pnmac.com | Nov 20 2024 00:40:13 | Pennymac Loan Services, Attn: Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14417221 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:38:23 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14448662 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2024 00:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14417224 | + | Email/Text: ngisupport@radiusgs.com | Nov 20 2024 00:29:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 14417225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:38:27 | Synchrony Bank/JC Penneys, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14440714 | + | Email/Text: bankruptcysst@alorica.com | Nov 20 2024 00:28:00 | Systems & Service Technologies, Inc., as servicing agent for Medallion, 4315 Pickett Road,, St. Joseph, Missouri 64503-1600 |
| 14417226 | + | Email/Text: bankruptcysst@alorica.com | Nov 20 2024 00:28:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14417227 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 20 2024 00:28:00 | Verizon Wireless, Attn: Bankruptcy Dept., P.O. Box 5029, Wallingford, CT 06492-7529 |
| 14417229 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 20 2024 00:25:45 | Wells Fargo Financial, N.A., Attn: Bankruptcy Dept., P.O. Box 10438, Des Moines, IA |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 14417230 | Email/Text: PHILAW@weltman.com | Nov 20 2024 00:29:00 | Weltman, Weinberg & Reis Co., Scott J. Best, Esq., 170 S. Independence Mall W, Suite 874, Philadelphia, PA 19106-3334 |
| 14417231 | Email/Text: PHILAW@weltman.com | Nov 20 2024 00:29:00 | Weltman, Weinberg & Reis Co., Michael J. Dougherty, Esq., 170 S. Independence Mall W, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14443478 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14417205 | ##+ | CF Medical LLC, 4300 S Hwy 27, Ste. 201, Clermont FL 34711-8067 |
| 14417219 | ## | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Debtor James Joseph Powers  Jr. zzawarski@zawarskilaw.com |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 54 − 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   James Joseph Powers Jr. )   Case No. 19−16971−pmm
)
)
Debtor(s). )   Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 19, 2024         For The Court

        Timothy B. McGrath
        Clerk of Court