**PENNYMAC**

P.O. BOX 514387
LOS ANGELES, CA 90051 4387

JAMES J POWERS JR
456 MAPLE RD
HELLERTOWN, PA 18055-1919

**Escrow Account Disclosure Statement**

**Statement Date:** October 6, 2022
**Loan Number:**

**Property Address:**
456 MAPLE RD
HELLERTOWN PA 18055

**Questions?** Visit our website @
www.PennyMac.com
(800) 777 - 4001 (Se Habla Español)
M - F: 5:00 AM - 6:00 PM PT
Sat: 7:00 AM - 11:00 AM PT

## Annual Escrow Account Review

At least once each year, PennyMac Loan Services, LLC ("PennyMac") reviews your escrow account to make sure there is enough money to pay your property taxes and/or insurance premiums. This statement informs you of any adjustments to your monthly payment, shows you how much money you currently have in your escrow account and how much you will need in the next 12 months.

## Your New Mortgage Payment

During the next year, we expect your escrow account balance to have enough money to pay your taxes and/or insurance payments as they come due.

| Description | Current Monthly Payment Amount | New Monthly Payment Amount |
|---|---|---|
| Principal and Interest | $811.29 | $811.29 |
| Escrow Payment | $566.03 | $560.56 |
| Total Payment Amount | $1,377.32 | $1,371.85 |

Please start making the 'New Monthly Payment Amount' on December 1, 2022. Payments due prior to this date should be made at the 'Current Monthly Payment Amount' shown.

## Projected Escrow Account Activity

Over the next year, PennyMac expects to pay $6,726.82 from your escrow account. Your new monthly escrow payment is $560.56.

| Escrow Item Description | Annual Amount | | Monthly Amount |
|---|---|---|---|
| County Tax: | $570.48 | | |
| City Tax: | $1,135.67 | | |
| Mortgage Insurance: | $1,195.44 | | |
| Hazard Ins: | $1,183.00 | | |
| School Tax: | $2,642.23 | | |
| Total Payments from Escrow: | $6,726.82 | ÷ 12 = | $560.56 |

## Projected Escrow Account Activity (Continued)

Below is a projection of escrow account activity from December 01, 2022 through November 30, 2023. These amounts may change when the actual payments become due.

| Month | Escrow Deposit(s) | Tax Payment(s) | Insurance Payment(s) | Mortgage Insurance Payment(s) | Projected Balance |
|---|---|---|---|---|---|
| Beginning Escrow Balance | | | | | $1,843.87 |
| Dec 2022 | $560.56 | $0.00 | $0.00 | $99.62 | $2,304.81 |
| Jan 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $2,765.75 |
| Feb 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $3,226.69 |
| Mar 2023 | $560.56 | $1,706.15 | $0.00 | $99.62 | $1,981.48 |
| Apr 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $2,442.42 |
| May 2023 | $560.56 | $0.00 | $1,183.00 | $99.62 | $1,720.36 |
| Jun 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $2,181.30 |
| Jul 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $2,642.24 |
| Aug 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $3,103.18 |
| Sep 2023 | $560.56 | $2,642.23 | $0.00 | $99.62 | $921.89 [1] |
| Oct 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $1,382.83 |
| Nov 2023 | $560.56 | $0.00 | $0.00 | $99.62 | $1,843.77 |
| Ending Escrow Balance | | | | | $1,843.77 |
| Totals | $6,726.72 | $4,348.38 | $1,183.00 | $1,195.44 | |

[1] Lowest projected balance.

## Your Escrow Balance

Based on the projected activity above, our review shows that your escrow balance has enough funds to pay your taxes and/or insurance as they come due.

| | |
|---|---|
| Lowest Projected Balance | $921.89 |
| Minimum Required Balance | $921.89 |

PennyMac requires a minimum balance up to one-sixth of the estimated total annual payments from your escrow account, unless state law or your mortgage contract requires less to help cover any unexpected increase in taxes and/or insurance. The minimum required balance does not include mortgage insurance.

## Escrow Account History

The following is the statement of activity in your escrow account from December 01, 2021 through November 30, 2022.

Last year, we anticipated that payments from your account would be made during this period equaling $6,792.47. Your lowest monthly balance should not have exceeded $928.15, or 1/6 of anticipated payments from the account, unless your mortgage contract or state law specifies a lower amount.

The table below shows the Projected and Actual account history for the previous escrow account period.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Description | Disbursements Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| **Beginning Escrow Balance** | | | | | | | $1,856.40 | $539.96 |
| Dec 2021 | $566.03 | $568.53* | $101.96 | MIP/PMI | $99.62* | MIP/PMI | $2,320.47 | $1,008.87 |
| Jan 2022 | $566.03 | $566.03 | $101.96 | MIP/PMI | $99.62* | MIP/PMI | $2,784.54 | $1,475.28 |
| Feb 2022 | $566.03 | $566.03 | $101.96 | MIP/PMI | $670.10* | County Tax, MIP/PMI | $3,248.61 | $1,371.21 |
| Mar 2022 | $566.03 | $566.03 | $1,860.93 | City Tax, County Tax, MIP/PMI | $1,235.29* | City Tax, MIP/PMI | $1,953.71 | $701.95 |
| Apr 2022 | $566.03 | $566.03 | $101.96 | MIP/PMI | $99.62* | MIP/PMI | $2,417.78 | $1,168.36 |
| May 2022 | $566.03 | $1,132.06* | $101.96 | MIP/PMI | $1,282.62* | Hazard Ins, MIP/PMI | $2,881.85 | $1,017.80 |
| Jun 2022 | $566.03 | $0.00* | $101.96 | MIP/PMI | $99.62* | MIP/PMI | $3,345.92 | $918.18 |
| Jul 2022 | $566.03 | $566.03 | $1,284.96 | Hazard Ins, MIP/PMI | $99.62* | MIP/PMI | $2,626.99 | $1,384.59 |
| Aug 2022 | $566.03 | $566.03 | $101.96 | MIP/PMI | $2,741.85* | MIP/PMI, School Tax | $3,091.06 | ($791.23)[2] |
| Sep 2022 | $566.03 | $566.03 | $2,728.94 | MIP/PMI, School Tax | $99.62* | MIP/PMI | $928.15 | ($324.82) |
| Oct 2022 | $566.03 | $566.03 | $101.96 | MIP/PMI | $0.00* | | $1,392.22 | $241.21 |
| Nov 2022 | $566.03 | $1,702.28*E | $101.96 | MIP/PMI | $99.62*E | MIP/PMI | $1,856.29 | $1,843.87 |
| **Ending Escrow Balance** | | | | | | | $1,856.29 | $1,843.87 |
| **Totals** | $6,792.36 | $7,931.11 | $6,792.47 | | $6,627.20 | | | |

[2] Lowest actual balance.
An asterisk '*' beside an amount indicates a difference from projected activity, either in the amount or the date.
The letter 'E' beside an amount indicates that the payment has not yet occurred, but is estimated to occur as shown.
At the time of analysis, PennyMac assumes that you will make all scheduled mortgage payments by or before the effective date of your new payment (shown in the Projected Escrow Account Activity section above).

## Other Important Information

| | | | |
|---|---|---|---|
| **How to Contact Us** | www.PennyMac.com<br>Available 24/7 on all your devices: PC, Tablet, and Mobile.<br>*El sitio web y las declaraciones están disponibles en español.*<br>**Go Paperless today!** | **PennyMac Customer Service:**<br>(800) 777-4001<br>M-F: 5:00 AM - 6:00 PM PT<br>Sat: 7:00 AM - 11:00 AM PT<br>**Fax:** (866) 577-7205 | PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387 |
| **How to Make a Payment** | **Auto-Pay \***: Enroll in Auto Pay, on our website, to set up recurring payments from the bank account of your choice.<br>**Pay Online:** Make a one time payment on our website. | **Pay-by-Phone:** (800) 777-4001<br>*(Fees may apply to use this service)*<br>**Western Union:**<br>Code City: *PennyMac*<br>Pay To: *PennyMac Loan Services*<br>Code State: *CA*<br>ID Number: *Enter Loan Number* | **Check \*\***: Mail to PennyMac:<br>**Standard Address:** P.O. Box 660929<br>Dallas, TX 75266-0929<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746 |
| **Tax and Insurance Information** | **Property Tax Bills:**<br>If you receive a tax bill, you do not need to take any action. (**Please note:** Supplemental/Additional tax bills are the responsibility of the homeowner; PennyMac will pay them from the escrow account upon request.) | | **General Insurance Questions:** (866) 318-0208<br>**Insurance Information:** Any time there is a change to your insurance policy please provide your insurance carrier the following information:<br>**Mortgagee Clause:**<br>PennyMac Loan Services, LLC<br>Its Successors and/or Assigns<br>P.O. Box 6618<br>Springfield, OH 45501-6618 |
| **Credit Reporting Information** | We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. | | |
| **Important Consumer Information** | This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally. | | |

**Requests for prior payment adjustments:** To request funds for a prior payment be applied differently, you **must** notify PennyMac within 90 days of the original transaction. After 90 days, we will only change the application of funds if the transaction was applied contrary to your documented instructions.

\* If you are enrolled in a PennyMac Auto Pay program, and received a payment change notification, the new payment amount will be drafted on your scheduled draft date. (The principal curtailment amount will not change.) If you pay via online bill payment, please update the payment amount with your financial institution to ensure timely processing of your payment.

\*\* When you pay with a check, you authorize PennyMac either to use information from your check to make a one time electronic fund transfer (EFT) from your account, or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your account on the same day PennyMac receives your payment. Please note that your financial institution will not send back your check. If funds are returned unpaid, a return service charge may be assessed to your loan whether processing your payment as a check or an EFT, as allowed by applicable law.