# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James Joseph Powers Jr.**<br>                    Debtor<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                    Movant<br>        vs.<br><br>**James Joseph Powers, Jr.**<br>                    Debtor<br><br>**Scott Waterman, Esq.**<br>                    Trustee | **BK NO. 19-16971 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 21, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
James Joseph Powers, Jr.
456 Maple Road
Hellertown, PA 18055

<u>Attorney for Debtor</u>
Zachary Zawarski, Esq.
The Law Office of Zachary Zawarski
3001 Easton Avenue (VIA ECF)
Bethlehem, PA 18017

<u>Trustee</u>
Scott Waterman, Esq.
2901 St. Lawrence Ave.
Suite 100 (VIA ECF)
Reading, PA 19606

Method of Service: Electronic means or first-class mail.

Dated: <u>October 21 2022</u>

<u>**/s/Brian C. Nicholas, Esquire**</u>
Brian C. Nicholas, Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com